AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Chase Dean Suriano<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)       6:25-mj-2299<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 19, 2025__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Michelle Langer, SA, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 11/19/25

*Judge's signature*

City and state: Orlando, Florida

Leslie Hoffman Price, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                              CASE NO. 6:25-mj-2299

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michelle Langer, after being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2017. I am currently assigned to the FBI Crimes Against Children/Innocent Images Unit in Orlando, Florida. While assigned to the FBI Innocent Images Task Force, my responsibilities include investigating possible criminal violations of Title 18 of the United States Code.

2. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2251 and 2252A. I have also participated in investigations of persons suspected of enticing minors, in violation of 18 U.S.C. § 2422(b).

3. I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for producing, receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and have participated in the execution of search warrants involving searches

and seizures of computers, computer equipment, software, and electronically stored information.

4. This affidavit is submitted in support of a criminal complaint against Chase Dean SURIANO for a violation of 18 U.S.C. § 2252A(a)(5)(B). As set forth in more detail below, I believe there is probable cause that SURIANO knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate commerce, or in or affecting interstate commerce.

5. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## **PROBABLE CAUSE**

6. On January 21, 2025, FBI San Antonio received an online tip from the National Threat Operations Center regarding allegations of an individual possessing child pornography. On January 23, 2025, Agents from

the FBI Waco Resident Agency met with the complainant (hereinafter, "B.B."). B.B. showed Agents a screen recording that B.B. captured via live stream on an iPad device. Agents observed a video screen recording on B.B.'s iPad which appeared to be a computer screen being screen-shared by a user utilizing the name "OtakuGirlNeko." According to the device, the screen recording was captured on January 20, 2025 at approximately 10:30 pm CST. The user was observed opening different files in the file explorer wherein a USB Drive (E:) was opened revealing numerous images depicting child sexual abuse material (CSAM). B.B. gave Agents permission to search the iPad. The Agents collected the device to make a forensic extraction of the device's data.

7. B.B. spoke with the user on two different platforms and knew the user by the name of "Chase" with an unknown last name. Chase stated he was from Ocoee, Florida. Chase communicated with B.B. through Instagram, with username "otakugirlneko," and through Discord utilizing username "otakugirlneko_." Waco FBI DExT Agent made a copy of the device's data and provided the thumb drive to the originating interviewing Agent.

8. On February 10, 2025, Waco FBI Agents conducted several database checks on identifiers associated with the reported subject Chase, with the online moniker "otakugirlneko." A subpoena was sent to Meta Platforms,

Inc. for subscriber information relating to Instagram account username "otakugirlneko."

9. On February 12, 2025, Meta Platforms, Inc. returned the subpoena for the Instagram records and revealed the username "otakugirlneko" is associated with an email address dabomb0804@gmail.com, which was used to verify the Instagram account "otakugirlneko." Meta Platforms, Inc. also provided additional information for the account stating the user is registered with First Name: Ima Weirdo Gamer Furry.

10. Waco FBI also identified records associating the aforementioned email address to a physical address identified as 2303 Post Oak Court, Ocoee, Florida 34761 (the PREMISES). Database record checks identified a possible resident, Chase Dean Suriano (SURIANO), Date of Birth: 08/04/19XX, Social Security Number: XXX-XX-2056. The date of birth for SURIANO also matches the ending digits of the gmail account associated the Instagram account "otakugirlneko" (dabomb0804@gmail.com). Waco FBI Agent Woodard ran the driver's license information for SURIANO and noted the photograph on the driver's license closely resembled a photo of Chase provided by B.B.

11. Waco FBI continued to investigate the potential subject and accounts associated with SURIANO. A lead was sent from Waco FBI to

Orlando FBI with information relating to a potential subject in Orlando AOR. A copy of the digital evidence was sent to Orlando FBI and received by me on September 23, 2025. I reviewed the video recording of username "otakugirlneko"'s shared screen. Throughout the screen recording, the user is navigating within the Windows file explorer, followed by navigating to various folders within the PC. In the left pane of the file explorer, it is observed that the user is utilizing a PC that has several drives actively connected to it. Throughout the screen recording, the user is toggling back and forth between the different drives. All of the drives have labeled subfolders. One is identified as a USB Drive (E:). Once the user clicks on this drive, approximately 112 thumbnail previews are displayed. Approximately 14 of those thumbnail previews are video files. Several of the videos are believed to depict CSAM. One video thumbnail captured is titled, "Big Black (02).mp4," which displays a child approximately 3–5 years old holding the penis of an adult male next to the child's face. Another video file is titled, "Girl showing how to lub holes for DP.mp4," which displays a female child approximately 6–8 years old, nude from the waist down in a seated position with her legs spread apart. The female child's vagina is visible to the camera.

12. The remaining thumbnails are folders which show a preview of content within that folder. Several of those folder previews also depict CSAM.

One folder preview titled, "next level" displays an approximately prepubescent 1 year old female child completely nude, with an adult male behind the child with no clothes visible. The child's vagina is visible to the camera.

13. On September 24, 2025, a subpoena was sent to Google LLC for subscriber information relating to the gmail account "dabomb0804@gmail.com." On September 26, 2025, Google LLC returned the subpoena response and provided the following subscriber information:

E-Mail: dabomb0804@gmail.com

Alternate E-Mails: dabomb0804@hotmail.com

Created on: 02-01-2013

Recovery E-Mail: chasesur99@gmail.com

Recovery SMS: 4074462356

14. On September 30, 2025, a subpoena was sent to Google LLC for subscriber information relating to the gmail account "chasesur99@gmail.com." On October 3, 2025, Google LLC returned the subpoena response and provided the following subscriber information:

E-Mail: chasesur99@gmail.com

Alternate E-Mails:

Created on: 01-04-2018

Recovery E-Mail:

Recovery SMS: 4074462356

Latest and Recent IP Activity:

08-03-2025 Login 72.189.133.79

15. On September 30, 2025, a subpoena was sent to Charter Communications, Inc. for subscriber information relating to IP Address: 72.189.133.79 on 02/01/2025 at 08:34:13 UTC and 09/17/2025 at 21:37:21 UTC. These dates and times were associated with IP logins for the email address dabomb0804@gmail.com. On October 22, 2025, Charter Communications, Inc. returned the subpoena response and provided the following subscriber information:

IP: 72.189.133.79

Subscriber Name: Frank Suriano

Service Address: 2303 Post Oak Ct, Ocoee, FL 34761

Billing Address: 2303 Post Oak Ct, Ocoee, FL 34761

Length of Service: 11/22/1996- Active

Notably, this service address is for the PREMISES.

16. Database checks revealed a possible phone number, 407-446-2356, believed to be associated with SURIANO. On September 24, 2025, a subpoena was sent to AT&T for cell phone number 407-446-2356.

17. On September 24, 2025, AT&T returned the following user information in response to the subpoena:

MSISDN: (407) 446-2356

Customer Name: CHASE SURIANO

Service Address: 2303 Post Oak CT Ocoee, FL 34761

Service Start Date: 08/10/2014-Current

IMSI: 310280086621033

18. As shown above, the customer name is SURIANO, and the service address is the PREMISES.

19. According to property appraiser records, SURIANO's grandparents have owned and resided at 2303 Post Oak Court, Ocoee, Florida 34761 (the PREMISES) since November of 1996. SURIANO's grandparents were given full custody since he was approximately one year old (around 2000), and he has lived with them at 2303 Post Oak Court.

20. A previous police report was reviewed regarding allegations occurring at that residence between SURIANO and a seven-year-old family member. On August 17, 2017, the child (CV) was forensically interviewed. During the interview, the CV disclosed an incident that occurred at 2303 Post Oak Court, Ocoee, Florida while SURIANO's grandparents were babysitting the CV, which they did routinely. The CV stated that SURIANO leaves his

8

dick sticking out and had seen him do something. The CV stated SURIANO did it to him as well as he pointed to his penis using a hand gesture as if he were masturbating. The CV also disclosed that SURIANO touched him on the inside of his "butt" with his finger and a sharpie. The CV also stated that SURIANO tried to put his penis into his butt but that it was too big and it hurt. The CV said he said "ouch," but SURIANO kept doing it and told him to be quiet. The CV stated this occurred in his grandfather's office and in SURIANO's bedroom on several different occasions. The CV stated he had seen SURIANO playing with his "private part" while watching something on the computer and that he did it for a while until white stuff came out. The CV stated the white stuff went all over the floor and on his (CV's) back and buttocks. The CV further disclosed that SURIANO put his mouth on his private part and that he sucked it and then made the CV suck his (SURIANO's) private part. The CV stated SURIANO told him to keep his clothing on in case anyone came in. The CV stated he has seen videos of both little kids and adults on the computer and SURIANO's cell phone. The CV stated the children and adults were doing the same thing he and SURIANO were doing and did not have any clothing on. SURIANO told the CV to never tell anyone because he could go to jail.

21. According to NCIC records, there is currently a final sexual violation injunction/restraining order against SURIANO, for sexual abuse and sexual molestation allegations against the seven-year-old family member, which was filed in May of 2018 and expires in May of 2028.

22. Additional opensource checked revealed a Venmo account with display name "Chase Suriano" and the username "OtakuGirlNeko." A Linkedin account believed to belong to SURIANO also indicated he was a student at Valencia College with a degree in Computer and Information Sciences. A Facebook account was also located belonging to a "Chase Suriano" with a display name of "Otaku Destiny Gamer."

23. During surveillance efforts conducted on the PREMISES on September 23, 2025, September 24, 2025, September 26, 2025, and November 10, 2025, several vehicles were observed, including a black Honda, Florida Tag: RTNN32. The Honda was observed every day of surveillance. According to the Florida Driver and Vehicle Information Database, that vehicle is registered to SURIANO at the PREMISES. SURIANO's driver's license is also issued to the PREMISES. The only address that has ever been listed under SURIANO's driver's license mailing history dating back to July 15, 2015 is the PREMISES.

24. A search warrant to search the residence at 2303 Post Oak Court in Ocoee, Florida and the person of SURIANO was obtained on November 17, 2025, in Case No. 6:25-mj-2287. On November 19, 2025, the FBI served the search warrant at the residence. SURIANO was located inside. During the execution of the search warrant, a non-custodial interview ensued with SURIANO, me, and FBI SA Koch. During the interview, SURIANO stated he had lived at the residence for 26 years. SURIANO has an associate's degree in information technology and is looking for a job. SURIANO currently does not work. SURIANO games a lot on his PC and does not have a lot of friends in real life. SURIANO uses Discord and utilizes the username "OtakuNekoGirl." SURIANO uses the email account chasesur99@gmail.com and telephone number 407-446-2356.

25. SURIANO utilizes a Windows PC that only he accesses. The other two individuals in the residence have their own computers. SURIANO's parents who reside in the home do not have access to SURIANO's desktop computer. A search of his desktop gaming computer, a Black Musetex computer tower, revealed a USB connected to the rear of the tower. The USB contained 356 folders and 16,213 files. A preview of the USB drive revealed multiple images/videos containing child sexual abuse material (CSAM). Three of the videos are as follows:

Name: Chicas.mp4

Description: 1 minute and 3 second video containing multiple 3-8-year-old prepubescent females engaged in different sexual acts with adult males. It is a compilation of clips of videos containing vaginal, oral, anal and digital penetration of children, one of which was tied up by her legs (bondage).

Name: CP Nina Sobre Sabana Blanca con Hombre.mp4 (translation: CP girl on top of white sheet with man)

Description: 6 minute and 38 second video containing an adult male rubbing his erect penis on an approximate 1-2-year-old female toddler. The adult male attempts vaginal intercourse and performs oral sex on the child; the child performs oral sex on the adult male; and the adult male ejaculates on and around the vaginal area of the child.

Name: CP Hombre Pelon con Nina de Falda Roja con Bolitas Blancas.mp4 (translation: CP hairy man with girl with a red skirt and small white balls)

Description: 5 minute and 10 second video containing an adult male performing oral sex on the vagina and anus of an approximate 6-7-year-old prepubescent female, touching the child's vaginal area with his fingers, and recording the child's genitals while standing up.

## CONCLUSION

26.   I believe there is probable cause that SURIANO, using facilities or means of interstate commerce, that is, the internet and a computer, did knowingly possess child pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

_____
Michelle Langer, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate via phone or video conferencing consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), this 19th day of November, 2025.

_____
HONORABLE LESLIE HOFFMAN PRICE
United States Magistrate Judge